

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00418-CR

**IN RE** Dominique **REED**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0009
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: October 23, 2024

DISMISSED

On June 20, 2024, Dominique Reed filed an application for writ of habeas corpus, seeking "release on bail pending the determination of his motion for new trial." This court does not, however, have original jurisdiction to issue a writ of habeas corpus in a criminal matter. *See* TEX. CONST. art. V, § 6(a) (granting appellate courts appellate jurisdiction and "such other jurisdiction, original and appellate, as may be prescribed by law"); TEX. GOV'T CODE ANN. § 22.221(d) (granting appellate courts limited jurisdiction to issue writs of habeas corpus in civil cases); TEX. CODE CRIM. PRO. ANN. art. 11.05 ("The court of criminal appeals, the district courts, the county courts, or any judge of those courts may issue the writ of habeas corpus."); *Ex parte Braswell*, 630 S.W.3d 600, 601–02 (Tex. App.—Waco 2021, orig. proceeding); *Dodson v. State*, 988 S.W.2d

833, 835 (Tex. App.—San Antonio 1999, no pet.). Accordingly, we dismiss Reed's application for writ of habeas corpus for want of jurisdiction. Any pending motions are dismissed as moot.


PER CURIAM

Do Not Publish